# EXHIBIT C

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WARREN HAVENS, an individual

Plaintiff

SUMMONS IN A CIVIL CASE

V.

PATTON BOGGS, LLP, a limited liability partnership, STEVEN SCHNEEBAUM, an individual, and DOES 1 through 10

CASE NUMBER: 05 1454 HHK

TO: (Name and address of Defendant)

Patton Boggs, LLP
2550 M Street, NW
Washington, DC 20037
   Phone (202) 457 6000

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~ *PRO SE* (name and address)

Warren Havens, Pro Se (an attorney will subsitute in soon)
2649 Benvenue Ave, #1
Berkeley CA 94704
   Phone (510) 841 2220 x 30

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                           NOV 2 1 2005

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.