# EXHIBIT D

JURY, PROSE-NP, TYPE-H

## U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01454-HHK

HAVENS v. PATTON BOGGS, LLP et al
Assigned to: Judge Henry H. Kennedy
Cause: 28:1332 Diversity-Other Contract

Date Filed: 07/22/2005
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

WARREN C. HAVENS
*an individual*

represented by WARREN C. HAVENS
2649 Benvenue Avenue
#1
Berkeley, CA 94704
(501) 848-7797
PRO SE

V.

**Defendant**

PATTON BOGGS, LLP
*a Limited Law Partnership*

**Defendant**

STEVEN SCHNEEBAUM
*an individual*

**Defendant**

DOES 1 THROUGH 10

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2005 | 1 | COMPLAINT against PATTON BOGGS, LLP, STEVEN SCHNEEBAUM, DOES 1 THROUGH 10 (Filing fee $ 250) filed by WARREN C. HAVENS. (Attachments: # 1 Exhibit)(lc, ) (Entered: 07/28/2005) |
| 07/22/2005 |   | SUMMONS Not Issued as to PATTON BOGGS, LLP, STEVEN SCHNEEBAUM, DOES 1 THROUGH 10 (lc, ) (Entered: 07/28/2005) |
| 11/21/2005 |   | Summons (4) Issued as to PATTON BOGGS, LLP, (3) STEVEN SCHNEEBAUM. (lc, ) Modified on 11/21/2005 (lc, ). (Entered: 11/21/2005) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 12/02/2005 11:38:17 ||||
| PACER Login: | pb0014 | Client Code: | 960089.0100AMeyerstein |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01454-HHK |
| Billable Pages: | 1 | Cost: | 0.08 |