UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN HAVENS,<br><br>        Plaintiff<br><br>v.<br><br>PATTON BOGGS LLP, *et al.*<br><br>        Defendants. | Case No. 1:05CV01454 (HHK) |

### ORDER OF DISMISSAL

WHEREAS, Plaintiff has failed to effect service of process within the 120-day period prescribed by the Federal Rules without good cause;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This action is dismissed without prejudice.

                        SO ORDERED:

                        _____
                        UNITED STATES DISTRICT JUDGE

Dated: _____

**NOTICE TO:**

    Benjamin G. Chew
    Andrew Zimmitti
    2550 M Street, N.W.
    Washington, DC 20037-1350
    *Counsel for Defendants*

    Warren Havens
    2649 Benvenue Ave., #1
    Berkeley, CA 94704
    *Appearing Pro Se*