UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN C. HAVENS,<br><br>    Plaintiff,<br><br>  v.<br><br>PATTON BOGGS, et al.,<br><br>    Defendants. | Civil Action 05-01454<br>(HHK) |

## ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANTS' DISPOSITIVE MOTION

This matter is before the court upon defendants' motion to dismiss [#2], filed on December 2, 2005. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiff is also referred to Local Civil Rule 7(b), which provides that a party has 11 days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is this 5th day of December, 2005, hereby

**ORDERED** that plaintiff file his opposition to defendants' motion on or before January 5, 2005. If plaintiff fails to file a response or opposition to defendants' motion by this deadline, the court may enter judgment in favor of defendants. *See* LCvR 7(b).

                Henry H. Kennedy, Jr.
                United States District Judge