UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN C. HAVENS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PATTON BOGGS, et al.,<br><br>　　　　　Defendants. | Civil Action 05-01454 (HHK) |

ORDER

Presently before the court is defendants' motion to dismiss Havens's complaint for failure to serve defendants within 120 days, as required by Rule 4(m) of the Federal Rules of Civil Procedure. Here, Havens, a *pro se* litigant, did not effectuate service until November 22, 2005, three days after the deadline.

While service must usually be effected within 120 days of the filing of a complaint, Rule 4(m) grants substantial authority to courts to extend the deadline. Specifically, the plain language of Rule 4(m) mandates that a court extend the time for service where good cause is shown, and, "'even if there is no good cause shown,'" courts may exercise "discretion to enlarge the 120-day period." *Henderson v. United States*, 517 U.S. 654, 662 (1996) (quoting FED. R. CIV. P. 4(m) advisory committee's note); *see also Gipson v. Wells Fargo Corp.*, 382 F. Supp. 2d 116, 122 (D.D.C. 2005). Furthermore, *pro se* litigants, like Havens, are given wider latitude than litigants represented by counsel to correct defects in service of process. *Moore v. Agency for Int'l Dev.*, 994 F.2d 874, 876 (D.C. Cir. 1993).

Accordingly, it is this 13th day of January, 2006, hereby

**ORDERED** that plaintiff's motion to dismiss [#2] is **DENIED**; and it is further

**ORDERED** that the time for service of process is extended, *nunc pro tunc,* until November 22, 2005, the date plaintiff served defendants.

Henry H. Kennedy, Jr.
United States District Judge