# EXHIBIT A

CLOSED, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:99-cv-00395-LFO

LUKAS NACE GUTIERREZ v. HAVENS, et al
Assigned to: Judge Louis F. Oberdorfer
Demand: $0
Cause: 28:1441 Petition for Removal- Breach of Contract

Date Filed: 02/19/1999
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**LUKAS, NACE, GUTIERREZ & SACHS, CHARTERED**

represented by  **David Patrick Durbin**
JORDAN, COYNE & SAVITS
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036
(202) 496-2804
Fax: 202-496-2800
Email: d.durbin@jocs-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel Robert Kaswell**
LUKAS, NACE, GUTIERREZ & SACHS, CHARTERED
1111 19th Street, NW
Suite 1200
Washington, DC 20036
(202) 828-9468
Fax: 202-223-2740
*TERMINATED: 01/28/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S. Litt**
ARNOLD & PORTER
555 12th St NW
Washington, DC 20004-1206
(202) 942-6380
Fax: (202) 942-5999
Email: Robert_Litt@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WARREN HAVENS**     represented by **Dale A. Cooter**
COOTER, MANGOLD, TOMPERT & WAYSON
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
(202) 537-0700
Fax: (202) 364-3664
Email: efiling@cootermangold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E. Tompert**
COOTER, MANGOLD, TOMPERT & KARAS, LLP
5301 Wisconsin Avenue, NW
Suite 500
Washington, DC 20015
(202) 537-0700
Fax: (202) 364-3664
Email: jtompert@cootermangold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Sprague**
THE SCHINNER LAW GROUP
40 First Street
Fourth Floor
San Francisco, CA 94105
(415) 346-7494
Fax: 415-346-7497
*TERMINATED: 01/28/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Marc Schneebaum**
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
(202) 530-8544
Fax: (202) 261-2665
Email: schneebaums@gtlaw.com
*TERMINATED: 05/08/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SUNCOM MOBILE & DATA, INC.**     represented by **James E. Tompert**
(See above for address)

|  |  | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Robert Sprague**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Steven Marc Schneebaum**<br>(See above for address)<br>*TERMINATED: 05/08/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** |  |  |
| WARREN HAVENS | represented by | **Steven Marc Schneebaum**<br>(See above for address)<br>*TERMINATED: 05/08/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Dale A. Cooter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James E. Tompert**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

| **Counter Defendant** |  |  |
|---|---|---|
| LUKAS, NACE, GUTIERREZ & SACHS, CHARTERED | represented by | **Joel Robert Kaswell**<br>(See above for address)<br>*TERMINATED: 01/28/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **David Patrick Durbin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Counter Defendant** |  |  |
| LUKAS, NACE, GUTIERREZ & SACHS, CHARTERED | represented by | **Joel Robert Kaswell**<br>(See above for address)<br>*TERMINATED: 01/28/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

                        **David Patrick Durbin**
                        (See above for address)
                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**LUKAS, NACE, GUTIERREZ & SACHS, CHARTERED**　　represented by　**Joel Robert Kaswell**
(See above for address)
*TERMINATED: 01/28/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Patrick Durbin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DATA SYSTEMS, INC.**

**Defendant**

**CHANNING JONES**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/1999 | 1 | NOTICE OF REMOVAL by defendant WARREN HAVENS from D. C. Superior Court. (lkn) (Entered: 02/23/1999) |
| 02/19/1999 |  | SUMMONS NOT ISSUED. (lkn) (Entered: 02/23/1999) |
| 03/01/1999 | 2 | ORDER by Judge Joyce H. Green : settlement conference set 3:00 3/15/99 before Magistrate Judge Alan Kay in chambers ; time to answer extended to 3/22/99 for WARREN HAVENS (N) (jaw) (Entered: 03/01/1999) |
| 03/01/1999 |  | CASE REFERRED to Magistrate Judge Alan Kay for settlement (bcs) (Entered: 03/03/1999) |
| 03/09/1999 | 3 | ORIGINAL FILE, certified copy of transfer order and docket sheet received from Superior Court of the District of Columbia; (98ca9835) (jf) (Entered: 03/10/1999) |
| 03/18/1999 | 4 | AMENDED COMPLAINT by plaintiff LUKAS NACE GUTIERREZ adding defendant SUNCOM MOBILE, CHANNING JONES, and amending complaint; Exhibit . (lkn) (Entered: 03/19/1999) |
| 03/18/1999 |  | SUMMONS NOT ISSUED. (lkn) (Entered: 03/19/1999) |
| 03/22/1999 |  | SUMMONS (3) issued for defendant WARREN HAVENS, defendant SUNCOM MOBILE, defendant CHANNING JONES to AMENDED COMPLAINT (jf) (Entered: 03/22/1999) |
| 03/22/1999 |  | CASE referral ended Magistrate Judge Alan Kay (lpp) (Entered: 04/12/1999) |

| | | |
|---|---|---|
| 04/02/1999 | 5 | ANSWER TO COMPLAINT [4-1] and COUNTERCLAIM by defendant WARREN HAVENS against plaintiff LUKAS NACE GUTIERREZ (jf) (Entered: 04/06/1999) |
| 04/21/1999 | 6 | AMENDED ANSWER TO COMPLAINT and COUNTERCLAIM by defendant WARREN HAVENS against plaintiff LUKAS NACE GUTIERREZ (lkn) (Entered: 04/22/1999) |
| 04/21/1999 | | SUMMONS NOT ISSUED. (lkn) (Entered: 04/22/1999) |
| 05/05/1999 | 7 | REPLY by plaintiff LUKAS NACE GUTIERREZ to response to answer claim [6-1] by WARREN HAVENS, answer claim [6-2] by WARREN HAVENS . (tb) (Entered: 05/06/1999) |
| 05/06/1999 | 8 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 4/20/99 upon defendant WARREN HAVENS (lkn) (Entered: 05/07/1999) |
| 05/06/1999 | 9 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 4/20/99 upon defendant CHANNING JONES (lkn) (Entered: 05/07/1999) |
| 05/06/1999 | 10 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 4/20/99 upon defendant SUNCOM MOBILE (lkn) (Entered: 05/07/1999) |
| 05/19/1999 | 11 | MEET AND CONFER STATEMENT/REPORT PURSUANT TO L.R. 206(d) filed by plaintiff, defendant, counter-claimant, counter-defendant. (jf) (Entered: 05/24/1999) |
| 06/14/1999 | 12 | AMENDED ANSWER TO COMPLAINT and COUNTERCLAIM by defendant SUNCOM MOBILE against plaintiff LUKAS NACE GUTIERREZ to the second amended complaint. (jf) (Entered: 06/16/1999) |
| 06/17/1999 | 13 | MOTION filed by plaintiff LUKAS NACE GUTIERREZ for leave to file a second amended complaint ; EXHIBIT (amended complaint) (jf) (Entered: 06/18/1999) |
| 06/22/1999 | 14 | ORDER by Judge Joyce H. Green : granting motion for leave to file a second amended complaint [13-1] by LUKAS NACE GUTIERREZ (N) (jaw) (Entered: 06/22/1999) |
| 06/22/1999 | 16 | AMENDED COMPLAINT by plaintiff LUKAS NACE GUTIERREZ adding defendant DATA SYSTEMS, INC., CHANNING JONES. (jf) (Entered: 06/25/1999) |
| 06/24/1999 | 15 | ANSWER TO COUNTERCLAIM [12-1], [12-2] by counter-defendant LUKAS NACE GUTIERREZ (jf) (Entered: 06/25/1999) |
| 06/25/1999 | | SCHEDULING NOTICE: scheduling conference set for 9:15 7/14/99 before Judge Joyce H. Green in courtroom 18 on 6th floor. (jaw) (Entered: 06/25/1999) |
| 06/25/1999 | | SUMMONS NOT ISSUED for defendants Data Systems and Channing |

| | | |
|---|---|---|
| | | Jones. (jf) (Entered: 06/25/1999) |
| 07/12/1999 | | SCHEDULING NOTICE: status hearing reset from 7/14/99 to 9:15 7/27/99 before Judge Joyce H. Green in courtroom 18. (jaw) (Entered: 07/12/1999) |
| 07/20/1999 | | SUMMONS (1) issued for defendant CHANNING JONES (ldc) (Entered: 07/20/1999) |
| 07/27/1999 | | STATUS HEARING before Judge Joyce H. Green : oral motion for admittance of Elizabeth Cronise (Lukas, Nace, Gutierrez & Sachs, 1111-19th St., N.W., #1200, Washington, DC 20036) as counsel for plaintiff, granted. Reporter:Laura Beasley (jaw) (Entered: 07/27/1999) |
| 07/27/1999 | 17 | ATTORNEY APPEARANCE for plaintiff, counter-defendant by David Patrick Durbin (jf) (Entered: 07/27/1999) |
| 07/27/1999 | 18 | SCHEDULING ORDER by Judge Joyce H. Green Case assigned to the Standard track (track two) ; motion regarding addition of parties or claims, and motions requesting leave to amend the pleadings due 8/31/99 ; response due 9/10/99 ; and reply due 9/17/99 , referring for discovery to Magistrate Judge Kay ; referring case for mediation to commence no earlier than 10/4/99 and to be concluded by 12/31/99 ; discovery closes 11/30/99 ; all motions, including dispositive motions due 12/20/99 ; response to motions due 1/10/00 ; and reply due 1/20/00 (N) (jaw) (Entered: 07/27/1999) |
| 07/27/1999 | | CASE REFERRED to Magistrate Judge Alan Kay for discovery (bcs) (Entered: 07/30/1999) |
| 08/30/1999 | 19 | RETURN OF SERVICE/AFFIDAVIT of summons and complaint executed on 8/8/99 upon defendant CHANNING JONES (lkn) (Entered: 08/31/1999) |
| 08/31/1999 | 20 | ATTORNEY APPEARANCE for defendant WARREN HAVENS, defendant SUNCOM MOBILE, counter-claimant WARREN HAVENS by Steven M. Schneebaum (lkn) (Entered: 09/01/1999) |
| 08/31/1999 | 21 | MOTION filed by defendant WARREN HAVENS, defendant SUNCOM MOBILE, counter-claimant WARREN HAVENS for leave to file an amended counterclaim :EXHIBIT (Amended answer & counterclaim) (lkn) (Entered: 09/01/1999) |
| 09/03/1999 | 22 | RULE 26(a)(1) DISCLOSURE STATEMENT filed by defendant WARREN HAVENS, defendant SUNCOM MOBILE (jf) (Entered: 09/08/1999) |
| 09/03/1999 | 23 | RULE 26(a)(1) DISCLOSURE STATEMENT filed by plaintiff LUKAS NACE GUTIERREZ (jf) (Entered: 09/09/1999) |
| 09/14/1999 | 24 | MOTION filed by defendant CHANNING JONES to dismiss as to defendant CHANNING JONES ; affidavits (1) (jf) (Entered: 09/15/1999) |
| 09/30/1999 | 25 | ORDER by Judge Joyce H. Green : granting motion for leave to file |

| | | |
|---|---|---|
| | | second amended complaint and amended counterclaim [21-1] by WARREN HAVENS, SUNCOM MOBILE, WARREN HAVENS (N) (jaw) (Entered: 10/01/1999) |
| 09/30/1999 | 29 | AMENDED ANSWER [16-1] filed by defendant SUNCOM MOBILE (lkn) (Entered: 12/13/1999) |
| 11/01/1999 | 26 | ATTORNEY APPEARANCE for plaintiff LUKAS NACE GUTIERREZ by Robert Stephen Litt (jf) (Entered: 11/03/1999) |
| 11/15/1999 | 27 | JOINT MOTION by plaintiff LUKAS NACE GUTIERREZ, defendant WARREN HAVENS, defendant SUNCOM MOBILE, defendant CHANNING JONES to revise scheduling order of 07/27/99 (jf) (Entered: 11/16/1999) |
| 11/23/1999 | 28 | REVISED SCHEDULING ORDER by Judge Joyce H. Green granting joint motion to revise scheduling order of 07/27/99 [27-1] by CHANNING JONES, SUNCOM MOBILE, WARREN HAVENS, LUKAS NACE GUTIERREZ; referring case for mediation; Mediation to be concluded by 2/15/99 ; discovery closes 1/31/00 ; all motions including dispositive motions due 2/7/00 ; response to motions due 2/28/00 ; reply to motions due 3/10/00 (N) (jaw) (Entered: 11/24/1999) |
| 12/09/1999 | 59 | NOTICE OF DISMISSAL as to party CHANNING JONES; (original pleading misplaced) (tb) (Entered: 09/19/2000) |
| 01/10/2000 | 30 | MOTION filed by defendant WARREN HAVENS, defendant SUNCOM MOBILE, counter-claimant WARREN HAVENS revise scheduling order (dam) (Entered: 01/11/2000) |
| 01/11/2000 | 31 | MOTION filed by defendant WARREN HAVENS, defendant SUNCOM MOBILE, counter-claimant WARREN HAVENS for Robert Sprague to appear pro hac vice ( The Schinner Law Group 40 First Street, Fourth Floor, San Francisco, California 94105, ) (dam) (Entered: 01/12/2000) |
| 01/12/2000 | 33 | ORDER by Judge Joyce H. Green : granting motion for Robert Sprague to appear pro hac vice ( The Schinner Law Group 40 First Street, Fourth Floor, San Francisco, California 94105, ) [31-1] by WARREN HAVENS, SUNCOM MOBILE, WARREN HAVENS (N) (jaw) (Entered: 01/13/2000) |
| 01/13/2000 | 32 | ORDER by Judge Joyce H. Green : granting motion revise scheduling order [30-1] by WARREN HAVENS, SUNCOM MOBILE, WARREN HAVENS; mediation extend to 3/16/00; discovery closes 3/1/00 ; all motions, including dispositive motions due 3/8/00 ; response to motions due 3/29/00 ; reply to motions due 4/10/00 (N) (jaw) (Entered: 01/13/2000) |
| 02/08/2000 | 34 | SUGGESTION OF BANKRUPTCY filed by defendant WARREN HAVENS, counter-claimant WARREN HAVENS . Attachments: US Bankruptcy N/CA filing (cjp) (Entered: 02/09/2000) |
| 02/09/2000 | 35 | RESPONSE by plaintiff LUKAS NACE GUTIERREZ to notice of stay re: bankruptcy [34-1] by WARREN HAVENS, WARREN HAVENS |

| | | (cjp) (Entered: 02/11/2000) |
|---|---|---|
| 02/14/2000 | 36 | REPLY by defendant WARREN HAVENS, defendant and counterclaim-plaintiff SUNCOM MOBILE & DATA, INC. to plaintiff and counterclaim-defendant's response to notice of stay of this action pursuant to 11 U.S.C. 362(a) [34-1] by WARREN HAVENS, SUNCOM MOBILE & DATA, INC. (cjp) Modified on 02/15/2000 (Entered: 02/15/2000) |
| 02/23/2000 | 37 | REPORT AND RECOMMENDATION of Magistrate Judge Alan Kay (lpp) (Entered: 02/24/2000) |
| 02/25/2000 | 38 | ORDER by Judge Joyce H. Green : approves and adopts the Report & Recommendation of Judge Kay ; and directing that the pltf. may proceed against deft WARREN HAVENS in the present case (N) (jaw) (Entered: 02/28/2000) |
| 03/06/2000 | 39 | JOINT MOTION by plaintiffs, defendants to revise scheduling Order. (ks) (Entered: 03/08/2000) |
| 03/10/2000 | 40 | REVISED SCHEDULING ORDER by Judge Joyce H. Green deft HAVENS to file action for a stay in the California Court by 3/13/00 (N) (jaw) (Entered: 03/13/2000) |
| 05/08/2000 | 41 | SUBSTITUTION OF COUNSEL for defendant and counter-claimant WARREN HAVENS, defendant SUNCOM MOBILE, WARREN HAVENS , substituting James Emil Tompert for attorney Steven Marc Schneebaum (tth) (Entered: 05/10/2000) |
| 05/18/2000 | 42 | MOTION filed by plaintiff LUKAS NACE GUTIERREZ for sanctions pursuant to FRCP 37(d) sanctioning the counterclaim plaintiff, Warren Havens, for his complete failure to respond to written discovery requests which were served on 10/14/99 ; Exhibits (4) (tth) (Entered: 05/19/2000) |
| 05/18/2000 | 43 | MOTION filed by defendant WARREN HAVENS, defendant SUNCOM MOBILE, defendant CHANNING JONES, counter-claimant WARREN HAVENS to extend time for filing discovery to 6/25/00 , and for leave to designate expert witnesses ; Exhibit (1) (tth) (Entered: 05/19/2000) |
| 05/18/2000 | 44 | RESPONSE by plaintiff LUKAS NACE GUTIERREZ in opposition to motion to extend time for filing discovery to 6/25/00 [43-1] by WARREN HAVENS, CHANNING JONES, SUNCOM MOBILE, WARREN HAVENS, motion for leave to designate expert witnesses [43-2] by WARREN HAVENS, CHANNING JONES, SUNCOM MOBILE, WARREN HAVENS . (tth) (Entered: 05/19/2000) |
| 05/24/2000 | 45 | ORDER by Judge Joyce H. Green : denying motion for leave to designate expert witnesses [43-2] by WARREN HAVENS, CHANNING JONES, SUNCOM MOBILE, WARREN HAVENS; granting to extend time for filing discovery to 7/10 /00 [43-1] by WARREN HAVENS, CHANNING JONES, SUNCOM MOBILE, WARREN HAVENS; Discovery now closes 7/10/00; all motion, including dispositive motions due 7/17/00 ; response to motions due 8/7/00 ; and reply to motions due |

| | | |
|---|---|---|
| | | 8/17/00 (N) (jaw) (Entered: 05/24/2000) |
| 05/30/2000 | 46 | MOTION filed by plaintiff LUKAS NACE GUTIERREZ to amend amended complaint [16-1] by LUKAS NACE GUTIERREZ ; EXHIBIT (THIRD AMENDED COMPLAINT) (ks) (Entered: 06/01/2000) |
| 06/01/2000 | 47 | RESPONSE by defendant in opposition to motion for sanctions pursuant to FRCP 37(d) sanctioning the counterclaim plaintiff, Warren Havens, for his complete failure to respond to written discovery requests which were served on 10/14/99 [42-1] by LUKAS NACE GUTIERREZ ; exhibits (5) (bjsp) (Entered: 06/02/2000) |
| 06/05/2000 | 48 | REPLY MEMORANDUM by plaintiff LUKAS NACE GUTIERREZ in support of motion for sanctions pursuant to FRCP 37(d) sanctioning the counterclaim plaintiff, Warren Havens, for his complete failure to respond to written discovery requests which were served on 10/14/99 [42-1] by LUKAS NACE GUTIERREZ ; exhibit (1) (bjsp) (Entered: 06/06/2000) |
| 06/07/2000 | 49 | ANSWER TO SECOND AMENDED COMPLAINT [16-1] by defendant WARREN HAVENS (cjp) (Entered: 06/08/2000) |
| 06/13/2000 | 50 | MEMORANDUM AND ORDER by Magistrate Judge Alan Kay : denying motion for sanctions pursuant to FRCP 37(d) sanctioning the counterclaim plaintiff, Warren Havens, for his complete failure to respond to written discovery requests which were served on 10/14/99 [42-1] by LUKAS NACE GUTIERREZ (N) (lpp) (Entered: 06/13/2000) |
| 06/13/2000 | 51 | RESPONSE by defendant WARREN HAVENS in opposition to motion to amend amended complaint [16-1] by LUKAS NACE GUTIERREZ [46-1] by LUKAS NACE GUTIERREZ . (tth) (Entered: 06/14/2000) |
| 06/19/2000 | 52 | REPLY MEMORANDUM by plaintiff LUKAS NACE GUTIERREZ, counter-defendant LUKAS NACE GUTIERREZ to defendant's response to motion to amend amended complaint [16-1] by LUKAS NACE GUTIERREZ [46-1]; exhibit (1) (ab) (Entered: 06/20/2000) |
| 07/17/2000 | 53 | MOTION filed by plaintiff and counter-defendant LUKAS NACE GUTIERREZ for partial summary judgment ; exhibits (25) (jf) (Entered: 07/18/2000) |
| 08/07/2000 | 54 | RESPONSE by defendant WARREN HAVENS, defendant SUNCOM MOBILE, defendant CHANNING JONES in opposition to motion for partial summary judgment [53-1] by LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ; Exhibits (12). (tth) (Entered: 08/08/2000) |
| 08/21/2000 | 55 | STIPULATION filed and fiated by Judge June L. Green regarding extension of time to 8/24/00 for pltf/counterclaim-deft to serve its reply memorandum to motion for partial summary judgment. (N) (jaw) (Entered: 08/22/2000) |
| 08/24/2000 | 56 | ORDER by Judge Joyce H. Green : denying motion to file a third amended complaint [16-1] by LUKAS NACE GUTIERREZ [46-1] by LUKAS NACE GUTIERREZ (N) (jaw) (Entered: 08/24/2000) |

| | | |
|---|---|---|
| 08/24/2000 | 57 | REPLY by plaintiff, counter-defendant LUKAS NACE GUTIERREZ to response to motion for partial summary judgment [53-1] by LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ; Exhibits (5) (tth) (Entered: 08/25/2000) |
| 08/25/2000 | 58 | MOTION filed by defendant for oral hearing on motion for partial summary judgment filed by plaintiffs (jf) (Entered: 08/28/2000) |
| 09/13/2000 | | CASE referral to Magistrate Judge Alan Kay ended. (kk) (Entered: 10/08/2000) |
| 03/28/2001 | 60 | MEMORANDUM OPINION by Judge Joyce H. Green (N) (dam) (Entered: 03/28/2001) |
| 03/28/2001 | 61 | ORDER by Judge Joyce H. Green: denying motion for oral hearing on motion for partial summary judgment filed by plaintiffs [58-1] by CHANNING JONES, SUNCOM MOBILE, WARREN HAVENS, granting in part, denying in part motion for partial summary judgment [53-1], plaintiff's motion for partial summary judgment as to defendant Warren Haven's second and third counterclaims is granted, the motion is denied in all other respects; the parties are to discuss settlement among themselves between now and 4/27/01. If a settlment is not reached by that time, the parties are to contact Magistrate Judge Kay on or before 5/3/01, for the purpose of attempting to effectuate a settlement. (N) (dam) (Entered: 03/28/2001) |
| 03/28/2001 | | CASE REFERRED to Magistrate Judge Alan Kay for settlement (bcs) (Entered: 04/02/2001) |
| 05/07/2001 | 62 | ORDER by Magistrate Judge Alan Kay : settlement conference set for 3:30 PM on 5/25/01 (N) (kk) (Entered: 05/07/2001) |
| 06/07/2001 | | CASE REASSIGNED from Judge Green On 6/7/01 to Judge Louis F. Oberdorfer (bjsp) (Entered: 06/14/2001) |
| 07/11/2001 | 63 | ORDER by Judge Louis F. Oberdorfer: status hearing set for 10:00 7/24/01; (N) (dam) (Entered: 07/11/2001) |
| 07/16/2001 | 65 | MOTION (CONSENT) filed by plaintiff LUKAS NACE GUTIERREZ, counter-claimant WARREN HAVENS to adjorn status conference (cas) (Entered: 07/17/2001) |
| 07/17/2001 | 64 | ORDER by Judge Louis F. Oberdorfer : adjourning status conference set for 07/24/01; status hearing set for 10:00 9/11/01 ; (N) (tb) (Entered: 07/17/2001) |
| 09/06/2001 | 66 | ORDER by Judge Ellen S. Huvelle for Judge Louis F. Oberdorfer : status hearing set for 09/11/01 at 10:00 is continued to 10:00 9/24/01 ; (N) (tb) Modified on 09/06/2001 (Entered: 09/06/2001) |
| 09/24/2001 | | STATUS HEARING before Judge Louis F. Oberdorfer : pretrial conference set for 2:00 1/28/01 ; trial set for 10:00 2/26/01; plaintiff to file motion in limine by 01/15/01; response due by 01/25/01 Reporter: Miller Reporting (tb) (Entered: 09/24/2001) |

| 09/24/2001 | 67 | PRE-TRIAL ORDER by Judge Louis F. Oberdorfer : motion regarding discoverability of confidential settlement agreement due 10/5/01 ; response to motion due 10/15/01 ; pretrial conference set for 2:00 1/28/02 ; plaintiff's pretrial statement due on or beofre 01/14/02, defendant's pretrial statement due on before 01/22/02; trial set for 10:00 2/26/02; communication with Chambers regarding any aspect of this action shall be made by motion only, except im most urgent circumstances (tb) (Entered: 09/24/2001) |
|---|---|---|
| 10/04/2001 | 68 | MOTION filed by counter-defendant LUKAS NACE GUTIERREZ, counter-defendant LUKAS NACE GUTIERREZ to compel a limited group of relevant documents from defendants, SunCom Mobile and Data, Inc. ; Exhibits (3) (ag) (Entered: 10/05/2001) |
| 10/15/2001 | 69 | RESPONSE by defendant SUNCOM MOBILE in opposition to motion to compel a limited group of relevant documents from defendants, SunCom Mobile and Data, Inc. [68-1] by LUKAS NACE GUTIERREZ; exhibit (1) (nmr) Modified on 10/17/2001 (Entered: 10/17/2001) |
| 10/19/2001 | 70 | REPLY by plaintiff LUKAS NACE GUTIERREZ in support of motion to compel a limited group of relevant documents from defendants, SunCom Mobile and Data, Inc. [68-1] by LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ (ag) (Entered: 10/22/2001) |
| 11/15/2001 | 71 | ORDER by Judge Louis F. Oberdorfer : granting motion to compel a limited group of relevant documents from defendants, SunCom Mobile and Data, Inc. [68-1] by LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ ; parties shall discuss the form for appropriate protective order governing documents (N) (tb) (Entered: 11/16/2001) |
| 11/30/2001 | 72 | PROTECTIVE ORDER by Judge Louis F. Oberdorfer ; setting forth procedures for handling confidential material; allowing designated material to be filed under seal. (N) (tb) (Entered: 12/03/2001) |
| 01/14/2002 | 73 | PRETRIAL STATEMENTS by plaintiff LUKAS NACE GUTIERREZ; appendix (A-B) (aet) (Entered: 01/17/2002) |
| 01/22/2002 | 77 | PRETRIAL STATEMENTS by defendant WARREN HAVENS, defendant SUNCOM MOBILE; exhibits (A-B) (aet) (Entered: 01/28/2002) |
| 01/23/2002 | 74 | RESPONSE by counter-defendant LUKAS NACE GUTIERREZ to pre-trial order [67-2] (nmr) (Entered: 01/24/2002) |
| 01/24/2002 | 75 | RESPONSE by plaintiff LUKAS NACE GUTIERREZ to pre-trial order [67-2] (nmr) (Entered: 01/25/2002) |
| 01/24/2002 | 76 | ORDER by Judge Louis F. Oberdorfer: pretrial conference previously scheduled for 1/28/02 at 2:00 PM is now rescheduled for 3:30 PM 1/28/02 ; (N) (kmk) (Entered: 01/25/2002) |
| 01/25/2002 | 78 | RESPONSE by defendants WARREN HAVENS, SUNCOM MOBILE to pre-trial order [67-2] (nmr) (Entered: 01/28/2002) |

District of Columbia live database - Docket Report
Case 1:05-cv-01454-HHK   Document 7-2   Filed 01/20/2006   Page 13 of 15
Page 12 of 14

| 01/28/2002 |    | PRE-TRIAL CONFERENCE before Judge Louis F. Oberdorfer: Held; OTBP. Reporter: Susan Tyner. (kmk) (Entered: 01/28/2002) |
|---|---|---|
| 02/04/2002 | 79 | ORDER by Judge Louis F. Oberdorfer: trial in this case shall be continued until 10:00 2/28/02 in courtroom No. Three ; , and that a mediation session shall be held before the Honorable Joyce Hens Green on Tuesday, 2/26/02 at 12:00 in Conference Room 6314. (N) (kmk) (Entered: 02/04/2002) |
| 02/14/2002 | 80 | ORDER by Judge Louis F. Oberdorfer: Tele-conference set for 3:00 2/19/02 (N) (kmk) (Entered: 02/14/2002) |
| 02/15/2002 | 82 | MOTION filed by plaintiff LUKAS NACE GUTIERREZ to postpone the trial date of 2/28/02 in order to facilitate ongoing settlement discussions and the mediation set for 2/26/02 (cdw) (Entered: 02/25/2002) |
| 02/19/2002 | 81 | ORDER by Judge Louis F. Oberdorfer: granting plaintiffs' motion to postpone the trial in order to facilitate settlement; the mediation session before the Honorable Joyce Hens Green shall proceed as scheduled on Tuesday, 2/26/02, and trial of this case shall be continued until a date to be determined , and that counsel shall appear in chambers, Room 2309 at the conclusion of the mediation session to report the settlement, if there is one, or to determine a new trial date, if there is no settlement. (N) (kmk) (Entered: 02/21/2002) |
| 03/05/2002 | 83 | ORDER by Judge Louis F. Oberdorfer: that the parties are requested to show cause, on or before 3/15/02 why this case should not be dismissed with prejudice. (N) (kmk) (Entered: 03/06/2002) |
| 03/06/2002 | 84 | NOTICE TO COUNSEL by Judge Louis F. Oberdorfer: that counsel are instructed to consider the applicability, if any, of abstention pursuant to Railroad Comm'n of Tex. v. Pullman Co., 312 U.S. 496(1941), and prepare themselves to discuss that issue at tomorrow's motions hearing. (N) (kmk) (Entered: 03/06/2002) |
| 03/15/2002 | 85 | RESPONSE by plaintiff LUKAS NACE GUTIERREZ to the Court's show cause order [83-2] (cdw) (Entered: 03/21/2002) |
| 03/19/2002 | 86 | ORDER by Judge Louis F. Oberdorfer: to show cause on or before 3/29/02, why this case should not be dismissed with prejudice. (N) (kmk) (Entered: 03/22/2002) |
| 03/27/2002 | 87 | MOTION filed by plaintiff, counter-defendant LUKAS NACE GUTIERREZ to enforce settlement agreement ; exhibits (2) (cdw) (Entered: 03/29/2002) |
| 04/08/2002 | 88 | RESPONSE by defendant WARREN HAVENS, defendant SUNCOM MOBILE in opposition to motion to enforce settlement agreement [87-1] by LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ . (cdw) (Entered: 04/10/2002) |
| 04/17/2002 |    | CASE referral ended as to Magistrate Judge Alan Kay. (kk) (Entered: 05/08/2002) |

District of Columbia live database - Docket Report
Case 1:05-cv-01454-HHK    Document 7-2    Filed 01/20/2006    Page 14 of 15
Page 13 of 14

| | | |
|---|---|---|
| 04/18/2002 | 89 | MOTION filed by plaintiff LUKAS NACE GUTIERREZ for leave to file proposed settlement agreements under seal ; exhibits (4); (NO PENDING EXHIBITS) (mpt) (Entered: 04/19/2002) |
| 04/19/2002 | 90 | MOTION filed by Dale Andrew Cooter, James Emil Tompert : to withdraw as attorneys for WARREN HAVENS, SUNCOM MOBILE, DATA SYSTEMS, INC., CHANNING JONES ; attachments (1) (cdw) (Entered: 04/23/2002) |
| 04/23/2002 | 91 | ORDER by Judge Louis F. Oberdorfer: denying without prejudice motion to withdraw as attorneys for WARREN HAVENS, SUNCOM MOBILE, SYSTEMS, INC., CHANNING JONES [90-1] and that the Clerk shall mail a copy of this notice directly to defendants, as well as to counsel of record for all parties. (N) (kmk) (Entered: 04/24/2002) |
| 05/02/2002 | 92 | RESPONSE by defendants to motion for leave to file proposed settlement agreements under seal [89-1] by LUKAS NACE GUTIERREZ (cdw) (Entered: 05/03/2002) |
| 05/03/2002 | 93 | ORDER by Judge Louis F. Oberdorfer: granting motion for leave to file proposed settlement agreements under seal [89-1] by LUKAS NACE GUTIERREZ and that the Clerk of this Court shall place the two proposed agreements in a sealed envelope, subject to further order of this Court. (N) (kmk) (Entered: 05/07/2002) |
| 05/17/2002 | 94 | ORDER by Judge Louis F. Oberdorfer :setting Tele-conference set for 3:00 5/23/02 , and with instructions to counsel (N) (rew) (Entered: 05/17/2002) |
| 05/24/2002 | 95 | NOTICE OF FILING by plaintiff LUKAS NACE GUTIERREZ of proposed Order of dismissal; Exhibit (1). (ks) (Entered: 05/30/2002) |
| 05/29/2002 | 96 | ORDER by Judge Louis F. Oberdorfer: directing defendants Warren Havens and SunCorn Mobile & Data shall show cause, on or before 6/14/02, why the proposed order attached to plaintiff's praecipe of May 24, 2002, should not be granted. . (N) (gdf) (Entered: 06/03/2002) |
| 06/14/2002 | 97 | RESPONSE by defendants WARREN HAVENS, SUNCOM MOBILE to order directing defendants Warren Havens and SunCorn Mobile & Data shall show cause, on or before 6/14/02, why the proposed order attached to plaintiff's praecipe of May 24, 2002, should not be granted. . [96-1], order [96-2]; exhibits (4) (bcs) (Entered: 06/17/2002) |
| 07/23/2002 | 98 | MEMORANDUM by Judge Louis F. Oberdorfer (N) (dot) (Entered: 07/23/2002) |
| 07/23/2002 | 99 | ORDER by Judge Louis F. Oberdorfer : granting motion to enforce settlement agreement [87-1] by LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ, LUKAS NACE GUTIERREZ. In accordance with the provisions of the settlement agreement, the parties and their agents and assigns shall be mutually released and forever discharged by each other party (and anyone who may claim by or through them) from any and all liability, rights, claims, |

|  |  | counerclaims, damages, costs, or controversies (whether direct or indirect, known or unknown, suspected or unsuspected), including but not limited to any claims or controversies of any kind which were or could have been raised in this case, from the beginning of time up to and through the date of this order. The complaint and counterclaims in the above-captioned matter are hereby dismissed with prejudice. (N) (dot) (Entered: 07/23/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/28/2005 18:25:13 | | | |
| PACER Login: | pb0014 | Client Code: | 960089.0100AMeyerstein |
| Description: | Docket Report | Search Criteria: | 1:99-cv-00395-LFO |
| Billable Pages: | 8 | Cost: | 0.64 |