# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUKAS, NACE, GUTIERREZ & )
SACHS, CHARTERED )
)
Plaintiff )
)
v. ) Civil Action No. 99-0395 (JHG)
)
WARREN HAVENS, et al., )
)
Defendants )
)

**FILED**
MAY 0 8 2000
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

TO THE CLERK OF THE COURT:

Please enter the appearance of Dale A. Cooter, Esq. and James E. Tompert, Esq., COOTER, MANGOLD, TOMPERT & WAYSON, PLLC and withdraw the appearance of Steven M. Schneebaum, Esq., PATTON BOGGS, LLP, as counsel for Defendants Warren Havens and SunCom Mobile & Data, Inc.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT &
WAYSON, P.L.L.C.

Dale A. Cooter, #277454
James E. Tompert, #358952
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015
(202) 537-0700

41

PATTON BOGGS, LLP

_____
Steven M. Schneebaum, Esq.
#956250
2550 M Street, N.W.
Washington, D.C. 20037
(202)457-0700

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8 day of May 2000, a copy of the foregoing Notice was sent by first class mail postage prepaid to:

Robert S. Litt, Esq.
ARNOLD & PORTER
555 12TH Street, N.W
Washington, D.C. 20004

David P. Durbin, Esq.
JORDAN, COYNE & SAVITS, LLP
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036

_____
James E. Tompert