UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN HAVENS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:05CV01454 (HHK) |
| PATTON BOGGS LLP, *et al.* | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion for Judgment on the Pleadings ("Motion") of Defendants Patton Boggs LLP and Steven Schneebaum ("Defendants"), any opposition thereto submitted by Plaintiff Warren Havens ("Plaintiff"), and the arguments of counsel, and being fully advised, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Defendants' Motion is GRANTED; and

2. Plaintiff's time-barred Complaint is dismissed with prejudice.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

**NOTICE TO:**

Benjamin G. Chew
Andrew Zimmitti
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC  20037-1350
*Counsel for Defendants*

Warren Havens
2649 Benvenue Ave., #1
Berkeley, CA 94704
*Plaintiff, Appearing Pro Se*