UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARREN C. HAVENS,

          Plaintiff,

    v.                           Civil Action 05-01454 (HHK)

PATTON BOGGS, LLP, et al.,

          Defendants.

**ORDER DIRECTING PLAINTIFF TO RESPOND TO
DEFENDANTS' DISPOSITIVE MOTION**

This matter comes before the court upon defendants' motion for judgment on the pleadings, filed January 20, 2006 [#8]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509. Failure to respond to the defendants' motion for judgment on the pleadings may result in the court granting that motion as conceded, thereby possibly resolving the entire case in favor of defendants.

Accordingly, it is by the court this 23rd day of January, 2006,

**ORDERED** that plaintiff file his opposition to defendants' motion on or before February 23, 2006. If plaintiff fails to file a response or opposition to defendants' motion by this deadline, the court may enter judgment in favor of defendants. *See* LCvR 7(b).

                                                        Henry H. Kennedy, Jr.
                                                        United States District Judge