IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WARREN HAVENS** | * | |
| **Plaintiff** | * | Case No. 1:05CV01454(HHK) |
| vs. | * | |
| **PATTON BOGGS, LLP,** *et al.* | * | |
| | ******* | |
| **Defendants.** | | |

## ENTRY OF APPEARANCE

The undersigned, Matthew H. Simmons hereby enters his appearance in the above-captioned case as counsel for Plaintiff Warren Havens.

Respectfully Submitted,

_____/s/_____
Matthew H. Simmons, Esq., Bar # MD14700
Simmons & Associates, Chartered
4733 Bethesda Ave, Suite 345
Bethesda, MD 20814
(301) 986-8444 (voice)
(240) 597-0749 (fax)

Dated: February 21, 2006        Counsel for Plaintiff

Y:\Havens, Warren\Pleadings\Entry of Appearance.wpd