IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WARREN HAVENS** | * | |
| **Plaintiff** | * | Case No. 1:05CV01454(HHK) |
| vs. | * | |
| **PATTON BOGGS, LLP,** *et al.* | * | |
| | ******* | |
| **Defendants.** | | |

**CONSENT MOTION FOR EXTENSION OF TIME**
**FOR PLAINTIFF TO OPPOSE MOTION FOR JUDGMENT ON THE PLEADINGS**

1.  Undersigned counsel has this day entered his appearance on behalf of Plaintiff Warren Havens in the above captioned matter.

2.  Currently, Mr. Haven's response to Defendants' Motion for Judgment on the Pleadings is due on or before February 23, 2006. Plaintiff respectfully requests that this time to respond be enlarged to and including **March 7, 2006**.

3.  Mr. Havens retained undersigned counsel on (or shortly after) February 11, 2006 to represent him in the above captioned matter. However, Mr. Simmons, Mr. Haven's counsel, fell ill and has been out of the office starting on February 13, 2006 to and including yesterday, February 20, 2006. Mr. Havens therefore needs additional time to respond to the pending Motion.

4.  Defendants have, through counsel, consented to an extension to and including **March 7, 2006** for Mr. Havens to respond to the Motion and authorized Plaintiff to represent that Defendants so consent. Plaintiff therefore respectfully requests he be given this additional time to so respond.

5.  No party will be prejudiced by the brief extension sought.

6.     The interests of justice will be served by the brief extension sought.

## CONCLUSION

For the foregoing reasons, Plaintiff Warren Havens respectfully requests that his time to respond to Defendants' Motion for Judgment on the Pleadings be extended to and including **March 7, 2006**.

                                              Respectfully Submitted,

                                              _____/s/_____
                                              Matthew H. Simmons, Esq., Bar # MD14700
                                              Simmons & Associates, Chartered
                                              4733 Bethesda Ave, Suite 345
                                              Bethesda, MD 20814
                                              (301) 986-8444 (voice)
                                              (240) 597-0749 (fax)
Dated: February 22, 2006            Counsel for Defendants

Y:\Havens, Warren\Pleadings\MotionForExtensionOfTime.wpd