UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN HAVENS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV01454(HHK) |
| ) | |
| PATTON BOGGS LLP, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

UPON consideration of the Defendants' Motion for Judgment on the Pleadings and Defendant's Opposition thereto, it is this _____ day of _____, 2006 hereby

ORDERED, that the Defendants' Motion for Judgment on the Pleadings is **DENIED.**

_____
Judge

cc:

Matthew H. Simmons
Simmons & Associates, Chartered
7347 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 986-8444

Benjamin Chew
Andrew Zimmitti
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037-1350
(202) 457-6000
(202) 457-6315