**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WARREN HAVENS,<br><br>Plaintiff<br><br>v.<br><br>PATTON BOGGS LLP, *et al.*<br><br>Defendants. | Case No. 1:05CV01454 (HHK) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**

1. Currently, Defendants Patton Boggs, LLP's ("Patton Boggs") and Steven Schneebaum's ("Schneebaum") (collectively, "Defendants"), reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings ("Opposition") is due on or before March 14, 2006. Defendants respectfully request that the time to file their reply be enlarged to and including March 20, 2006.

2. Plaintiff has, through counsel, consented to an extension to and including March 20, 2006, for Defendants to respond to his Opposition and authorized Defendants to represent that Plaintiff so consents. Defendants therefore respectfully request they be given this additional time to file their reply.

3. No party will be prejudiced by the brief extension sought.

4. The interests of justice will be served by the brief extension sought.

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that their time to file a reply to Plaintiff's Opposition be extended to and including March 20, 2006.

Dated: March 10, 2006

PATTON BOGGS LLP

/s/ Benjamin G. Chew

Benjamin G. Chew (DC Bar No. 418577)
Andrew Zimmitti (DC Bar No. 464091)
2550 M Street, N.W.
Washington, DC 20037-1350
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Counsel for Defendants Patton Boggs LLP and Steven Schneebaum*

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that on this 10th day of March, 2006, a copy of the foregoing Consent Motion for Extension of Time for Defendants to File Reply to Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings was electronically filed and served via first class mail, postage prepaid, upon the following:

Matthew H. Simmons, Esq.
Simmons & Associates, Chartered
4733 Bethesda Avenue
Suite 345
Bethesda, MD 20814
Telephone: (301) 986-8444
Facsimile: (240) 597-0749

*Counsel for Plaintiff Warren Havens*

/s/ Andrew Zimmitti