UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN HAVENS, <br><br> Plaintiff <br><br> v. <br><br> PATTON BOGGS LLP, *et al.* <br><br> Defendants. | Case No. 1:05CV01454 (HHK) |

### ORDER

UPON consideration of Consent Motion for Extension of Time for Defendants to File Reply to Plaintiff's Opposition to Motion for Judgment on the Pleadings ("Consent Motion"), it is this _____ day of March, 2006 hereby ORDERED that:

1.  the Consent Motion is GRANTED;

2.  Defendants shall file their Reply to Plaintiff's Opposition to Motion for Judgment on the Pleadings on or before March 20, 2006.

_____ <br>
The Honorable Henry H. Kennedy, Jr. <br>
United States District Judge

3930926v1

SERVE:

Matthew H. Simmons, Esq.
Simmons & Associates, Chartered
4733 Bethesda Avenue
Suite 345
Bethesda, MD  20814
Telephone:     (301) 986-8444
Facsimile:      (240) 597-0749
*Counsel for Plaintiff Warren Havens*


Benjamin G. Chew, Esq.
Andrew Zimmitti, Esq.
Patton Boggs LLP
2550 M Street, N.W.
Washington, DC  20037-1350
Telephone:     (202) 457-6000
Facsimile:      (202) 457-6315
*Counsel for Defendants Patton Boggs LLP and Steven Schneebaum*