UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WARREN C. HAVENS,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**PATTON BOGGS LLP, et al.,**<br><br>　　　　　　　**Defendants.** | Civil Action 05-01454 (HHK) |

### ORDER

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 26th day of June 2006, hereby

**ORDERED** and **ADJUDGED** that the complaint in this case is **DISMISSED.**

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge