# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WARREN HAVENS
_____
Plaintiff

vs.                                    Civil Action No. 1:05CV01454(HHK)

PATTON BOGGS LLP, et al.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 25 day of July, 20 06, that

**Warren Havens**

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 26 day of June, 20 06

in favor of Defendants, Patton Boggs LLP and Steven Schneebaum

against said Plaintiff, Warren Havens

_____
Matthew Simmons
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

CLERK      Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

| | | |
|---|---|---|
| Benjamin G. Chew | Matthew H. Simmons | Leslie S. McAdoo |
| Patton Boggs LLP | Simmons & Associates, Chartered | 1140 19th Street, N.W. |
| 2550 M Street, N.W. | 7347 Wisconsin Avenue, Suite 200 | Suite 602 |
| Washington, D.C. 20037 | Bethesda, Maryland 20814 | Washington, D.C. 20036 |
| (202) 457-6015 | 301-986-8444 | (202) 293-0534 |
| Attorney for Defendants | Attorney for Plaintiff | Attorney for Plaintiff |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED JUL 25 2006